UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                                  CASE NO.: 13-37351-AJC
                                                                        Chapter 13
MILOT D'METAYER,

      Debtor.                    /

## NOTICE OF CHANGE OF ADDRESS FOR THE DEBTOR

COMES NOW the Deceased Debtor, MILOT D'METAYER, by and through the undersigned attorney, who in addition to this bankruptcy case, is also handling the Debtor's estate and files this Notice of Change of Address for the Debtor and states that the Debtor's mailing address is:

> **Milot D'Metayer**
> **c/o Stan L. Riskin, Esq.**
> **20801 Biscayne Blvd. Ste. 506**
> **Aventura, FL 33180**

The Clerk of the Court is requested to make such change of record.

**I HEREBY CERTIFY** that a true copy of the foregoing was sent electronically via **CM/ECF** to the Office of the US Trustee at USTPRegion21.MM.ECF@usdoj.gov, Nancy K. Neidich at e2c8f01@ch13miami.com, ecf2@ch13miami.com, and to all other entitled to electronic service, on this 17th day of June, 2020.

> Advantage Law Group, P.A.
> *Attorney for the Debtor*
> 20801 Biscayne Blvd., Ste. 506
> Aventura, FL 33180
> Phone:  305-936-8844
>
> By:  */s/Stan L. Riskin*
>      STAN L. RISKIN, ESQ.
>      Florida Bar No.: 129106
>      stan.riskin@gmail.com